```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 8/23/06*

| | |
|---|---|
| FARIDA KHAN, | ) |
| | ) No. C 06-3640 RMW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS AND** |
| MICHAEL CHERTOFF, Secretary, | ) **[] ORDER** |
| EMILIO T. GONZALEZ, Director, CIS | ) |
| DAVID N. STILL, District Director, | ) |
| FRANK SICILIANO, Officer in Charge | ) |
| Department of Homeland Security, | ) |
| | ) |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stip. Dismissal
C06-3640 RMW                           1

| | | |
|---|---|---|
| 1 | Dated: July 26, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |
| 4 | | _____/s/_____ |
| 5 | | ILA C. DEISS |
| | | Assistant United States Attorney |
| | | Attorneys for Defendants |

| | | |
|---|---|---|
| 8 | Dated: July 26, 2006 | _____/s/_____ |
| 9 | | EDWARD R. LITWIN |
| | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/23/06        /s/ Ronald M. Whyte
                     RONALD M. WHYTE
                     United States District Judge

Stip. Dismissal
C06-3640 RMW                                    2